43 A.3d 479

**Charles DEZA, Respondent**

v.

**Lisa HAAKMEESTER, Petitioner.**

**No. 181 MAL 2012.**

Supreme Court of Pennsylvania.

May 3, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of May, 2012, the Application to Amend is **GRANTED,** and the Petition for Allowance of Appeal is **DENIED.**